UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYSTONE FOODS HOLDINGS LIMITED (n/k/a BEEF HOLDINGS LIMITED),<br><br>    *Plaintiff,*<br><br>v.<br><br>TYSON FOODS, INC.,<br><br>    *Defendant.* | Case No. 1:19-cv-03888 |

**NOTICE OF MOTION
OF DEFENDANT TYSON FOODS, INC.
FOR LEAVE TO FILE UNDER SEAL
<u>A PORTION OF AN EXHIBIT TO THE DECLARATION OF ADAM DECKINGER
IN SUPPORT OF TYSON FOODS INC.'S MOTION TO COMPEL</u>**

PLEASE TAKE NOTICE, that, upon the accompanying Memorandum of Law dated May 1, 2019 and the Declaration of Adam Deckinger dated April 29, 2019, Defendant Tyson Foods, Inc. ("Tyson") will move this Court for an order permitting the filing under seal a portion of Exhibit D to the Declaration of Adam Deckinger dated April 29, 2019 in Support of Defendant's Motion to Compel dated May 1, 2019, and for such other and further relief as is just and proper.

Dated:   New York, New York
         May 1, 2019

                                        DENTONS US LLP

                                        <u>By: /s/ Sandra D. Hauser</u>

                                        Sandra D. Hauser
                                        Douglas W. Henkin
                                        Ulyana Bardyn
                                        DENTONS US LLP
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Tel: (212) 768-6700

1

Fax: (212) 768-6800
sandra.hauser@dentons.com
douglas.henkin@dentons.com
ulyana.bardyn@dentons.com

*Attorneys for Defendant Tyson Foods, Inc.*