USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

KEYSTONE FOODS HOLDINGS
LIMITED,

                Plaintiff,                19-cv-3888

      -against-                  **ORDER**

TYSON FOODS, INC.,

              Defendants.
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's first motion to compel arbitration filed on May 1, 2019 is denied as moot given the Court's approval of the parties' joint stipulation and order and Defendant's later motion to compel arbitration and stay proceedings filed on October 11, 2019.

**SO ORDERED.**

Dated:   February 6, 2020
          New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**