**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

KEYSTONE FOOD HOLDINGS LIMITED
(n/k/a BEEF HOLDINGS LIMITED),

                       Plaintiff,

    -against-

TYSON FOODS INC.,

                       Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2022

19 **CIVIL** 3888 (ALC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated April 15, 2022, the Court has dismissed Count

V as moot and final judgment is entered; accordingly, the case is closed.

**Dated:** New York, New York

      April 21, 2022

                              **RUBY J. KRAJICK**

                               **Clerk of Court**

             **BY:**

                               **Deputy Clerk**